

# ALLYN & FORTUNA LLP
ATTORNEYS AT LAW

**NEW YORK**
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone (212) 213-8844
Facsimile (212) 213-3318

**NEW JERSEY**
75 Main Street, Suite 101
Millburn, New Jersey 07041
Telephone (973) 379-0038
Facsimile (973) 379-0048

October 5, 2010



RECEIVED OCT 06 2010 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

WWW.ALLYNFORTUNA.COM

**VIA FEDERAL EXPRESS**
**OVERNIGHT MAIL**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 7 OCT 2010

Re: *Bodner v. Lowy*
09-Civ-10233-LTS

## MEMO ENDORSED

Dear Judge Swain:

This firm represents Plaintiff Marc Bodner in the above-referenced action. I write pursuant to Your Honor's Individual Practices regarding motions in civil cases to inform the Court regarding Plaintiff's forthcoming motion to confirm an arbitration award in this matter.

As Your Honor is aware, the parties agreed to pursue to arbitration with a Rabbinical Court in New York. On March 9, 2010, the parties entered into an Agreement to Submit to Arbitration (the "Agreement") which formally submitted the entire dispute at issue in this action to binding arbitration before Rabbi Mordechei Babad, Rabbi Arye Mordechei Rabinowitz and Rabbi Gershen Naftali Speigel. The Agreement provided that the decree of the arbitrators would be enforceable "in the courts in the State of New York and/or New Jersey and/or in any court of competent jurisdiction for any action or proceeding to confirm." The decree of the Rabbinical Court is to be confirmed or enforced pursuant to Article 75 of the New York Civil Practice Law and Rules." A copy of the Agreement is annexed hereto as Exhibit A.

On August 31, 2010, the Rabbinical Court issued a decision resolving the dispute between the parties. Pursuant to the decision, Defendants are ordered to make monthly payments to Plaintiff through March 2012. A copy of the translated Rabbinical Court Decision is annexed hereto as Exhibit B.

Counsel for the parties discussed the confirmation of the arbitration decision during a telephone conference call on Tuesday, September 28, 2010. Counsel for Plaintiff indicated that

we intended to move this Court to confirm the arbitration decision, and counsel for Defendant indicated that it had no objection. Therefore, we seek Your Honor's permission to move this Court as soon as possible to confirm the arbitration award.

We are available to discuss this matter at the Court's convenience. Thank you for your consideration.

Sincerely,

Megan J. Muoio

cc:   David Weissman (via e-mail)

> The Complaint is hereby deemed amended to seek confirmation of the above-described arbitration award. The motion to confirm the award may be made at any time, subject to compliance with the undersigned's Individual Practices Rule 2B.
>
> SO ORDERED.
>
> NEW YORK, NY
> Oct 6, 2010
> LAURA TAYLOR SWAIN
> UNITED STATES DISTRICT JUDGE